IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Cohan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16 C 2459 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Bloomingdale's, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER DISMISSING ACTION WITH
PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD

COHAN, and Defendant, BLOOMINGDALE'S, INC., stipulate, and the parties agree

to dismiss this case with prejudice, both sides to bear their own fees and costs.

Accordingly, it is hereby ordered, that this case is dismissed with prejudice, both

parties to bear their own fees and costs.

Dated: June 16, 2016                    ENTERED:

_____

John Robert Blakey
United States District Judge

| | |
|---|---|
| **WEISS LAW GROUP, P.A.**<br>*Attorneys for Plaintiff*<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>BY:   /s/ Jason S. Weiss<br>Jason S. Weiss<br><br>Jason@jswlawyer.com<br>Florida Bar No. 356890 | BY: /s/ Raven J. Akram<br>Raven J. Akram<br>MACY'S LAW DEPARTMENT<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044<br>Tel: (314) 342-6375<br>Fax: (314) 342-6366<br>raven.akram@macys.com<br>Northern District/Illinois Bar No. 6298196 |